IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMINGTON HOSPITALITY, LLC, | : | CIVIL ACTION |
| JOSEPH CAPANO, INC., | | |
| HODEV, INC., | | |
| JOSEPH CAPANO and | | |
| ALBERT VIETRI | : | NO. 02-3228 |
|     Plaintiffs | | |
| | | |
| VS. | : | |
| | | |
| ARCHITECTURAL ALLIANCE, INC., | | |
| DESIGN COLLABORATIVE INC., AND | | |
| LANDMARK ENGINEERING, INC. | : | |
| | | Defendants |

## CERTIFICATE OF SERVICE

I, Francis E. Baldo, Jr., Esquire, attorney for Plaintiff, hereby certify that service of true and correct copies of Plaintiffs' Proposed Order, Motion for Remand and Abstention and accompanying Brief was made on the 21st day of June, 2002, upon the following counsel of record by United States Mail, postage prepaid:

James W. Owen, Esq.
Suite 240-B Brandywood Plaza
2500 Grubb Road
Wilmington, DE  19810

Thomas R. Wilson, Esq
& Michael O'Hayer, Esq.
Crawford Wilson & Ryan, P.C.
220 W. Gay Street
West Chester, PA  19380

Paul Cottrell, Esq.
Tighe Cottrell & Logan, P.A.
First Federal Plaza
P.O. Box 1031
Wilmington, DE  19899

 

Yannacone & Baldo

_____
FRANCIS E. BALDO, JR., ESQUIRE
Attorney I.D. No. 37306
The Office Court at Pennell Place
1215 W. Baltimore Pike, Suite 2
Media, PA  19063
Attorney for Plaintiffs

Dated: June 21, 2002