IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMINGTON HOSPITALITY, LLC, | : | CIVIL ACTION |
| JOSEPH CAPANO, INC., HODEV, INC., | : | |
| JOSEPH CAPANO, and | : | |
| ALBERT VIETRI, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ARCHITECTURAL ALLIANCE, INC., | : | |
| DESIGN COLLABORATIVE, INC., and | : | |
| LANDMARK ENGINEERING, INC., | : | |
|     Defendants | : | No. 02-3228 |

## ORDER

**AND NOW**, this ___ day of **July, 2002**, following a telephone conference on **July 30, 2002** with counsel for the parties, and upon agreement of all parties and their counsel, it is hereby **ORDERED** that:

1. This matter shall be **REMANDED** to the Bankruptcy Court for the Eastern District of Pennsylvania for disposition in a jury trial before the bankruptcy judge.

2. Plaintiffs' Motion to Remand (document no. 2) is **DENIED AS MOOT**.

3. This case shall be **CLOSED** for statistical purposes.

                      **BY THE COURT:**

                      _____

                      **Berle M. Schiller, J.**