IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILMINGTON HOSPITALITY, L.L.C. <br> JOSEPH CAPANO, INC., HODEV, INC. <br> JOSEPH CAPANO and ALBERT VIETRI, <br>     Plaintiffs, <br><br> vs. <br><br> ARCHITECTURAL ALLIANCE, INC. <br> DESIGN COLLABORATIVE, INC. and <br> LANDMARK ENGINEERING, INC., <br>     Defendants. | : <br> : <br> : <br> : <br> : <br> : No.  02-3228 <br> : <br> : <br> : <br> : <br> : |

ENTRY OF APPEARANCE

PLEASE enter the appearance of James W. Owen, Esquire as attorney for Design Collaborative, Inc.  The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant.  The defendant specifically reserves all rights to raise any jurisdictional, service, or statute of limitations defects which may be available.

JAMES W. OWEN, P.A.

_____
JAMES W. OWEN, ESQUIRE
Bar No: 1054
2500 Grubb Road
Suite 240-B
Wilmington, DE 19810
Attorney for Defendant
Design Collaborative, Inc.

CERTIFICATE OF SERVICE

 I hereby certify that on August 1, 2002, two copies of the foregoing Entry of Appearance were mailed, postage prepaid to:

FRANCIS E. BALDO, JR., ESQUIRE
YANNACONE & BALDO
THE OFFICE COURT AT PENNELL PLACE
1215 WEST BALTIMORE PIKE
SUITE 2
MEDIA, PA 19063

THOMAS R. WILSON, ESQUIRE
MICHAEL O HAYER, ESQUIRE
CRAWFORD WILSON & RYAN, P.C.
220 WEST GAY STREET
WEST CHESTER, PA 19380

PAUL COTTRELL, ESQUIRE
FIRST FEDERAL PLAZA
SUITE 500
P.O. BOX 1031
WILMINGTON, DE 19899-1031

_____
James W. Owen