CRAWFORD, WILSON & RYAN, LLC
By: Michael O'Hayer, Esquire          **Attorney for Defendant**
Attorney I.D. No. 49774                            **Architectural Alliance**
220 West Gay Street
West Chester, PA 19380
610/836-3000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILMINGTON HOSPITALITY, LLC, : | |
| JOSEPH CAPANO, INC., : | |
| HODEV, INC., : | |
| JOSEPH CAPANO, and : | |
| ALBERT VIETRI : | |
|     Plaintiffs : | |
|     v : | NO. 02-3228 |
| : | |
| ARCHITECTURAL ALLIANCE, INC. : | |
| DESIGN COLLABORATIVE, INC., and : | |
| LANDMARK ENGINEERING, INC. : | |
|     Defendants : | |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Brief of Defendant Architectural Alliance in Opposition to Plaintiffs' Motion for Remand and Abstention has been served on all counsel of record on the **31st** day of **July, 2002**, by U.S. First Class Mail, postage prepaid, addressed as follows:

Francis E. Baldo, Jr., Esquire                    Paul Cottrell, Esquire
1215 West Baltimore Pike, Suite 2            704 North King Street, Suite 500
Media, PA 19063                                         Wilmington, DE 19899

        James W. Owen, Esquire
        2500 Grubb Road, Suite 240-B
        Wilmington, DE 19810

        CRAWFORD, WILSON & RYAN, LLC

    By: _____
        MICHAEL O'HAYER, ESQUIRE
        Attorney for Defendant Architectural Alliance