IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILMINGTON HOSPITALITY, LLC

                                                                            :        CIVIL ACTION
                                                                            :
vs.                                                                      :
                                                                            :        NO. 02-CV-3228

ARCHITECTURAL ALLIANCE, INC., ET AL

O R D E R

       **AND NOW, TO WIT:** This 15TH day of April, 2004, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

       **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                                **MICHAEL E. KUNZ**, Clerk of Court

                                                **BY:**_____

                                                        Patricia A. Callahan
                                                        Deputy Clerk to
                                                        Hon. Berle M. Schiller

Civ 2 (8/2000)
41(b).frm